1  WILLIAM A.S. MAGRATH II (#1490)
   DEBBIE LEONARD (#8260)
2  MCDONALD CARANO WILSON LLP
   100 West Liberty Street, 10th Floor
3  P.O. Box 2670
   Reno, NV 89505-2670
4  (775) 788-2000

5  Attorneys for Defendant
   Clark & Sullivan Constructors, Inc.
6

7                UNITED STATES DISTRICT COURT

8                     DISTRICT OF NEVADA

9                          * * *

10 EDWARD E. SEELY,                    Case No. 3:08-cv-00125-BES-RAM

11              Plaintiff,

12 vs.

13 JIM GIBBONS, CATHERINE
   CORTEZ MASTO, ROSS MILLER,         **DEFENDANT CLARK & SULLIVAN'S**
14 JACKIE CRAWFORD, TONY              **EX PARTE REQUEST FOR**
   CORDA, GLENN WHORTON,              **EXTENSION OF TIME**
15 HOWARD SKOLNIK, TED D'AMICO,       **(First Request)**
   JIM BENEDETTI, ROBERT
16 BANNISTER, DON HELLINGS,
   JOHN PEERY, NEVADA STATE
17 PUBLIC WORKS MEMBERS, JANE
   AND JOHN DOES, SCOTT YOUNGS,
18 CLARK AND SULLIVAN
   CONSTRUCTORS, INC., JANE AND
19 JOHN DOES, et. al.,

20              Defendants.
   _____/
21

22

23        Defendant CLARK & SULLIVAN CONSTRUCTORS, INC. ("CLARK &

24 SULLIVAN"), through counsel of record McDonald Carano Wilson LLP, requests an

25 extension of time in which to file its Reply in support of its Motion to Dismiss or, in the

26 alternative, Motion for Summary Judgment on Plaintiff EDWARD E. SEELY's

27 ("SEELY") Complaint. CLARK & SULLIVAN's Motion was filed on January 5, 2009 as

28 Dkt. #86 and SEELY's Opposition was filed on May 4, 2009 as Dkt. #115. CLARK &

1  SULLIVAN likewise seeks an extension of time to file its Opposition to SEELY's Motion
2  to Strike which was filed on May 4, 2009 as Dkt. #114.  This request is made pursuant
3  to Fed. R. Civ. P. 6(b) and LR 6-1, 6-2, and 7-5.
4  　　　On May 4, 2009, after several lengthy extensions of time, SEELY filed his
5  Opposition (Dkt. #115) to CLARK & SULLIVAN's Motion to Dismiss or, in the
6  alternative, Motion for Summary Judgment.  Given the length of SEELY's Opposition
7  (which is forty pages excluding exhibits), the fact that the Opposition and Motion to
8  Strike are handwritten and difficult to decipher, as well as the fact that counsel for
9  CLARK & SULLIVAN is faced with multiple impending deadlines in other matters,
10  CLARK & SULLIVAN hereby requests an extension of time within which to file and
11  serve its (1) Reply in support of its Motion to Dismiss or, in the alternative, Motion for
12  Summary Judge and (2) Opposition to SEELY's Motion to Strike.
13  　　　This is CLARK & SULLIVAN's first request and is not sought for the purposes of
14  delay.  CLARK & SULLIVAN has not sought a stipulation in this matter and files this
15  Request for Extension of Time on an *ex parte* basis because the Plaintiff is
16  unrepresented and currently a prisoner in Nevada State Prison.  For all of the above
17  reasons, CLARK & SULLIVAN  respectfully  asks the Court to grant this request and
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

1  allow CLARK & SULLIVAN to file and serve its Reply in support of its Motion to
2  Dismiss and its Opposition to SEELY's Motion to Strike no later than June 5, 2009.
3      Dated this 12th day of May, 2009.

                                McDONALD CARANO WILSON LLP

                                By: /s/ Debbie Leonard
                                    WILLIAM A.S. MAGRATH II
                                    DEBBIE LEONARD
                                    100 West Liberty Street, 10th Floor
                                    P.O. Box 2670
                                    Reno, NV 89505-2670

                                    Attorneys for Defendant
                                    Clark & Sullivan Constructors, Inc.

16      IT IS SO ORDERED.

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE
                                  Dated: May  `12 , 2009

3

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed **DEFENDANT CLARK & SULLIVAN'S EX PARTE REQUEST FOR EXTENSION OF TIME (First Request)** with the Clerk of the Court using the CM/ECF system, and I caused a copy of the same to be served by mail and/or electronic transmission, addressed to the individuals listed below at their last known addresses/email addresses as follows:

| | |
|---|---|
| Edward E. Seely<br>Inmate #83449<br>Northern Nevada Correctional Facility<br>P.O. Box 7000<br>Carson City, Nevada 89702 | Michon A. Martin<br>Nevada Attorney General's Office<br>100 North Carson Street<br>Carson City, NV 89701<br>mmartin@ag.nv.gov |
| Charles Hilsabeck<br>Nevada System of Higher Education<br>2601 Enterprise Road<br>Reno, Nevada 89512<br>Chuck_Hilsabeck@nshe.nevada.edu | Kerry A. Benson<br>Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701<br>kbenson@ag.nv.gov |

/s/ Pamela Miller
Pamela Miller

4