WILLIAM A.S. MAGRATH II (#1490)
DEBBIE LEONARD (#8260)
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670
(775) 788-2000

Attorneys for Defendant
Clark & Sullivan Constructors, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDWARD E. SEELY,<br><br>Plaintiff,<br><br>vs.<br><br>JIM GIBBONS, CATHERINE CORTEZ MASTO, ROSS MILLER, JACKIE CRAWFORD, TONY CORDA, GLENN WHORTON, HOWARD SKOLNIK, TED D'AMICO, JIM BENEDETTI, ROBERT BANNISTER, DON HELLINGS, JOHN PEERY, NEVADA STATE PUBLIC WORKS MEMBERS, JANE AND JOHN DOES, SCOTT YOUNGS, CLARK AND SULLIVAN CONSTRUCTORS, INC., JANE AND JOHN DOES, et. al.,<br><br>Defendants.<br>_____/ | Case No. 3:08-cv-00125-BES-RAM<br><br>**DEFENDANT CLARK & SULLIVAN'S EX PARTE REQUEST FOR EXTENSION OF TIME**<br>**(Second Request)** |

Defendant CLARK & SULLIVAN CONSTRUCTORS, INC. ("CLARK & SULLIVAN"), through counsel of record McDonald Carano Wilson LLP, requests a second extension of time in which to file its Reply in support of its Motion to Dismiss or, in the alternative, Motion for Summary Judgment on Plaintiff EDWARD E. SEELY's ("SEELY") Complaint. CLARK & SULLIVAN's Motion was filed on January 5, 2009 as Dkt. #86 and SEELY's Opposition was filed on May 4, 2009 as Dkt. #115. CLARK &

1 SULLIVAN likewise seeks an extension of time to file its Opposition to SEELY's Motion
2 to Strike which was filed on May 4, 2009 as Dkt. #114.  This request is made pursuant
3 to Fed. R. Civ. P. 6(b) and LR 6-1, 6-2, and 7-5.
4 　　　　On May 4, 2009, after several lengthy extensions of time, SEELY filed his
5 Opposition (Dkt. #115) to CLARK & SULLIVAN's Motion to Dismiss or, in the
6 alternative, Motion for Summary Judgment and a Motion to Strike CLARK &
7 SULLIVAN's motion (Dkt. #114).  Pursuant to CLARK & SULLIVAN's first request (Dkt.
8 #117), the Court granted an extension of time for CLARK & SULLIVAN to file its (1)
9 Reply in support of its Motion to Dismiss or, in the alternative, Motion for Summary
10 Judgment and (2) Opposition to SEELY's Motion to Strike (Dkt. #118) by June 5, 2009.
11 　　　　Notwithstanding the good faith efforts of counsel to meet the Court's June 5,
12 2009 deadline, CLARK & SULLIVAN hereby requests another extension to prepare
13 these briefs.  SEELY's Opposition and Motion to Strike are lengthy (and exceed the
14 page limit allowed by the Local Rules), handwritten, rambling and difficult to decipher,
15 making a response difficult to prepare.  Additionally, counsel for CLARK & SULLIVAN
16 continues to be faced with multiple impending deadlines in other matters.  As a result,
17 CLARK & SULLIVAN hereby requests a second extension of time within which to file
18 and serve its Reply in support of its Motion to Dismiss or, in the alternative, Motion for
19 Summary Judgment and Opposition to SEELY's Motion to Strike.  This second request
20 is not sought for the purposes of delay but to address the issues set forth herein.
21 CLARK & SULLIVAN has not sought a stipulation in this matter and files this Second
22 Request for Extension of Time on an *ex parte* basis because the Plaintiff is
23 unrepresented and currently a prisoner in Nevada State Prison.  For all of the above
24 reasons, CLARK & SULLIVAN respectfully asks the Court to grant this request and
25 ///
26 ///
27 ///
28 ///

2

allow CLARK & SULLIVAN to file and serve its Reply in support of its Motion to Dismiss and its Opposition to SEELY's Motion to Strike no later than June 19, 2009.

Dated this 3rd day of June, 2009.

                MCDONALD CARANO WILSON LLP

By: /s/ Debbie Leonard
    WILLIAM A.S. MAGRATH II
    DEBBIE LEONARD
    100 West Liberty Street, 10th Floor
    P.O. Box 2670
    Reno, NV 89505-2670

    Attorneys for Defendant
    Clark & Sullivan Constructors, Inc.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: June 4, 2009

3

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed **DEFENDANT CLARK & SULLIVAN'S EX PARTE REQUEST FOR EXTENSION OF TIME (Second Request)** with the Clerk of the Court using the CM/ECF system, and I caused a copy of the same to be served by mail and/or electronic transmission, addressed to the individuals listed below at their last known addresses/email addresses as follows:

Edward E. Seely
Inmate #83449
Northern Nevada Correctional Facility
P.O. Box 7000
Carson City, Nevada 89702

Michon A. Martin
Nevada Attorney General's Office
100 North Carson Street
Carson City, NV 89701
mmartin@ag.nv.gov

Charles Hilsabeck
Nevada System of Higher Education
2601 Enterprise Road
Reno, Nevada 89512
Chuck_Hilsabeck@nshe.nevada.edu

Kerry A. Benson
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
kbenson@ag.nv.gov

/s/ Pamela Miller
Pamela Miller

4