1 WILLIAM A.S. MAGRATH II (#1490)
  DEBBIE LEONARD (#8260)
2 MCDONALD CARANO WILSON LLP
  100 West Liberty Street, 10th Floor
3 P.O. Box 2670
  Reno, NV 89505-2670
4 (775) 788-2000

5 Attorneys for Defendant
  Clark & Sullivan Constructors, Inc.
6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

9 * * *

10 EDWARD E. SEELY,  Case No. 3:08-cv-00125-BES-RAM

11            Plaintiff,

12 vs.

13 JIM GIBBONS, CATHERINE
   CORTEZ MASTO, ROSS MILLER,  **DEFENDANT CLARK & SULLIVAN'S**
14 JACKIE CRAWFORD, TONY  **EX PARTE REQUEST FOR**
   CORDA, GLENN WHORTON,  **EXTENSION OF TIME**
15 HOWARD SKOLNIK, TED D'AMICO,  **(Third Request)**
   JIM BENEDETTI, ROBERT
16 BANNISTER, DON HELLINGS,
   JOHN PEERY, NEVADA STATE
17 PUBLIC WORKS MEMBERS, JANE
   AND JOHN DOES, SCOTT YOUNGS,
18 CLARK AND SULLIVAN
   CONSTRUCTORS, INC., JANE AND
19 JOHN DOES, et. al.,

20            Defendants.
   _____/
21

22

23     Defendant CLARK & SULLIVAN CONSTRUCTORS, INC. ("CLARK &

24 SULLIVAN"), through counsel of record McDonald Carano Wilson LLP, requests a

25 third extension of time in which to file its Reply in support of its Motion to Dismiss or, in

26 the alternative, Motion for Summary Judgment on Plaintiff EDWARD E. SEELY's

27 ("SEELY") Complaint. CLARK & SULLIVAN's Motion was filed on January 5, 2009 as

28 Dkt. #86 and SEELY's Opposition was filed on May 4, 2009 as Dkt. #115. CLARK &

1  SULLIVAN likewise seeks an extension of time to file its Opposition to SEELY's Motion
2  to Strike which was filed on May 4, 2009 as Dkt. #114. This request is made pursuant
3  to Fed. R. Civ. P. 6(b) and LR 6-1, 6-2, and 7-5.
4        On May 4, 2009, after several lengthy extensions of time, SEELY filed his
5  Opposition (Dkt. #115) to CLARK & SULLIVAN's Motion to Dismiss or, in the
6  alternative, Motion for Summary Judgment and a Motion to Strike CLARK &
7  SULLIVAN's motion (Dkt. #114). Pursuant to CLARK & SULLIVAN's first request (Dkt.
8  #117), the Court granted an extension of time for CLARK & SULLIVAN to file its (1)
9  Reply in support of its Motion to Dismiss or, in the alternative, Motion for Summary
10 Judgment and (2) Opposition to SEELY's Motion to Strike (Dkt. #118) by June 5, 2009.
11 Pursuant to CLARK & SULLIVAN's second request, the Court granted another
12 extension of time to file both of these documents by June 19, 2009.
13       Notwithstanding the good faith efforts of counsel to meet the Court's June 19,
14 2009 deadline, CLARK & SULLIVAN hereby requests another extension to prepare
15 these briefs. SEELY's Opposition and Motion to Strike are lengthy (and exceed the
16 page limit allowed by the Local Rules), handwritten, rambling and difficult to decipher,
17 making a response difficult to prepare. Additionally, counsel for CLARK & SULLIVAN
18 continues to be faced with multiple impending deadlines in other matters, including
19 some unexpected motion work before the Ninth Circuit Court of Appeals and the
20 Nevada Supreme Court, that have consumed more time than anticipated. As a result,
21 CLARK & SULLIVAN hereby requests a third extension of time within which to file and
22 serve its Reply in support of its Motion to Dismiss or, in the alternative, Motion for
23 Summary Judgment and Opposition to SEELY's Motion to Strike. This third request is
24 not sought for the purposes of delay but to address the issues set forth herein.
25 CLARK & SULLIVAN has not sought a stipulation in this matter and files this Third
26 Request for Extension of Time on an *ex parte* basis because the Plaintiff is
27 unrepresented and currently a prisoner in Nevada State Prison. For all of the above
28 reasons, CLARK & SULLIVAN respectfully asks the Court to grant this request and

1 | allow CLARK & SULLIVAN to file and serve its Reply in support of its Motion to
2 | Dismiss and its Opposition to SEELY's Motion to Strike no later than July 6, 2009.
3 |     Dated this 18th day of June, 2009.

McDONALD CARANO WILSON LLP

By: /s/ Debbie Leonard
    WILLIAM A.S. MAGRATH II
    DEBBIE LEONARD
    100 West Liberty Street, 10th Floor
    P.O. Box 2670
    Reno, NV 89505-2670

Attorneys for Defendant
Clark & Sullivan Constructors, Inc.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: June __18____, 2009

THERE SHALL BE NO FURTHER
EXTENSIONS GRANTED.

3

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson LLP and that pursuant to LR 5-3 I caused to be electronically filed **DEFENDANT CLARK & SULLIVAN'S EX PARTE REQUEST FOR EXTENSION OF TIME (Third Request)** with the Clerk of the Court using the CM/ECF system, and I caused a copy of the same to be served by mail and/or electronic transmission, addressed to the individuals listed below at their last known addresses/email addresses as follows:

Edward E. Seely
Inmate #83449
Northern Nevada Correctional Facility
P.O. Box 7000
Carson City, Nevada 89702

Michon A. Martin
Nevada Attorney General's Office
100 North Carson Street
Carson City, NV 89701
mmartin@ag.nv.gov

Charles Hilsabeck
Nevada System of Higher Education
2601 Enterprise Road
Reno, Nevada 89512
Chuck_Hilsabeck@nshe.nevada.edu

Kerry A. Benson
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
kbenson@ag.nv.gov

/s/ Pamela Miller
Pamela Miller

4