# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD E. SEELY, | ) | 3:08-cv-0125-BES (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 28, 2009 |
| | ) | |
| JIM GIBBONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Extension of Copy Work (Doc. #127) and Defendants have responded to the Motion (Doc. #131).

Plaintiff's Motion for Extension of Copy Work (Doc. #127) is **GRANTED**.  Plaintiff shall be given $40.00 toward his copy work fund.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk