# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD E. SEELY, ) | 3:08-cv-0125-BES (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | August 4, 2009 |
| ) | |
| JIM GIBBONS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff has filed a Motion for Immediate Extension of Copy Work to Respond to or/and Submit Objections to Magistrate Judge's Report and Recommendation (Doc. #136) and Defendants have opposed the Motion (Doc. #137).

     On July 27, 2009, the court granted Plaintiff's Motion for Extension of Copy Work in the amount of $40.00 (Doc. #135).

     Plaintiff's Motion for Immediate Extension of Copy Work to Respond to or/and Submit Objections to Magistrate Judge's Report and Recommendation (Doc. #136) is **DENIED**.

     **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                                By:  /s/
                                                    Deputy Clerk