UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| EDWARD E. SEELY, | CASE NO. 3:08-CV-0125-RCJ-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: SEPTEMBER 24, 2010 |
| JIM GIBBONS, et al. | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER     Reporter: FTR: 10:59:57 a.m. - 11:06:30 a.m.

Counsel for Plaintiff(s): EDWARD E. SEELY, In Pro Per (telephonically)

Counsel for Defendant(s): ROBERT SIMON

PROCEEDINGS: **MOTION HEARING**

10:59 a.m. Court convenes.

**Motion to Extend Copywork (Docket #226)**

Plaintiff advises the Court of the reason for which he is requesting a copy limit increase. IT IS ORDERED that the Motion to Extend Copywork is GRANTED. Plaintiff's copy limit shall be increased by **$50.00**.

------------------------------------------

The parties are advised by the Court that they will be held to the deadlines currently set for response and reply times related to the Motion for Summary Judgment (Docket #222) and that there will be no extensions.

11:06 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/

Deputy Clerk