# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDWARD E. SEELY, | ) | 3:08-cv-0125-RCJ (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 14, 2011 |
| | ) | |
| JIM GIBBONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  Plaintiff has filed a Motion for Extension of Copywork Limit to Oppose and Defend Magistrate Judge's Report and Recommendation (Doc. #274).  Good cause appearing,

  Plaintiff's Motion for Extension of Copywork Limit to Oppose and Defend Magistrate Judge's Report and Recommendation (Doc. #274) is **GRANTED**. Plaintiff shall be given $40.00 toward his copy work fund.

  **IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

                By:  /s/
                   Deputy Clerk