1
2
3
4
5                **UNITED STATES DISTRICT COURT**
6                    **DISTRICT OF NEVADA**
7
8   EDWARD E. SEELY,                          3:08-CV-125-RCJ-RAM
9                    Plaintiff,
                                              **ORDER**
10          v.
11  JIM GIBBONS, *et al.*,
12                    Defendants.
13
14          Before the Court is the Report and Recommendation of U.S. Magistrate Judge Robert A.
15  McQuaid, Jr., (#273) entered on February 10, 2011, recommending the Court deny as moot Plaintiff's
16  Motion for Preliminary and Permanent Injunction and for Protective Order Against the Illegal Release
17  and Disclosure of Plaintiff's Confidential and Private Medical Records and Files (#239).  Plaintiff filed
18  an Objection (#280) to the Report and Recommendation.
19          The Court has conducted it's *de novo* review in this case and has fully considered the pleadings
20  and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B)
21  and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation
22  (#273) entered on February 10, 2011, should be adopted and accepted.
23          IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#273)
24  entered on February 10, 2011, is adopted and accepted.
25          IT IS FURTHER ORDERED that Plaintiff's Motion (#239) is DENIED as moot.
26
            DATED: this 21st day of March, 2011.
27
28

                                              _____
                                              ROBERT C. JONES
                                              UNITED STATES DISTRICT JUDGE